## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DAVID JOHN BOCHNOVICH,

      Plaintiff,

vs.                                                    CASE NO. 2:12-CIV-50-FTM-UA-DNF

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Douglas N. Frazier on January 15, 2013 (Docket No. 23).  The magistrate

judge recommended that the Court reverse and remand pursuant to Section 1614(a)(3)(A) of

the Social Security Act to allow the Commissioner to: 1) properly analyze Plaintiff's past

relevant work; 2) properly consider the opinion and medical records of Dr. Laird; and 3) elicit

the testimony of a vocational expert regarding Plaintiff's impairments, in order to issue a new

decision.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. No objections to the report and recommendation were filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation, January 15, 2013 (Docket No. 23) be **adopted** and **incorporated by reference**; the Court reverses and remands this case to the Commissioner pursuant to Section 1614(a)(3)(A) of the Social Security Act. The Clerk of Court is directed to enter judgment for the plaintiff and against the defendant, to close the case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of March, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge