UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID BOCHNOVICH,

    Plaintiff,

vs.                                      CASE NO. 8:12-CIV-50-FTM-UA-DNF

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

    This cause is before the Court on the plaintiff's uncontested petition for EAJA fees pursuant to 28 U.S.C. § 2312(d) (Doc. 26). The plaintiff seeks fees in the amount of $5,701.13 and paralegal fees of $12.00, The Court finds the motion well-taken and adopts it by reference herein. Accordingly, it is

    **ORDERED** that the plaintiff's uncontested petition for EAJA fees pursuant to 28 U.S.C. § 2312(d) (Doc. 26) be **granted** and the plaintiff is granted fees in the amount of $5,701.13 and paralegal fees of $12.00 for a total of $5,713.13 to be paid directly to his attorney, in accordance with a valid assignment, providing that the plaintiff does not owe a

federal debt.  The Clerk of Court is directed to enter judgment for the plaintiff.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 17th day of April, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record